

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9.27.11

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELIA A. FOSTER,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 10-7999-SJO (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed objections to the Report and Recommendation,[1] and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which her objections have been made. The Court accepts the findings and recommendations of the Magistrate

---

[1] Included with plaintiff's objections was a document captioned "Complaint for Filing a New Motion with the Lack of Legal System to Provide Auxiliary Aids." In addition, plaintiff concurrently filed a document captioned "Memorandum of Points and Authorities in Support of Motion for Appointing Nation-wide (or) Nation-state wide Internal Revenue EEOC Attorney for the Deaf Employees." Since the Court's jurisdiction in this action arises under 42 U.S.C. § 405(g) and is confined to reviewing the Commissioner's denial of benefits, the Court is unable to consider either of these documents.

1  Judge.

2  IT THEREFORE IS ORDERED that (1) plaintiff's motion for judgment on the
3  pleadings is denied; (2) the Commissioner's cross-motion for judgment on the pleadings
4  is granted; and (3) Judgment be entered affirming the decision of the Commissioner of
5  Social Security and dismissing this action with prejudice.

6  DATED:  9/23/11

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

2