I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9.27.11

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELIA A. FOSTER,<br><br>        Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 10-7999-SJO (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed objections to the Report and Recommendation,[1] and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which her objections have been made. The Court accepts the findings and recommendations of the Magistrate

---

[1] Included with plaintiff's objections was a document captioned "Complaint for Filing a New Motion with the Lack of Legal System to Provide Auxiliary Aids." In addition, plaintiff concurrently filed a document captioned "Memorandum of Points and Authorities in Support of Motion for Appointing Nation-wide (or) Nation-state wide Internal Revenue EEOC Attorney for the Deaf Employees." Since the Court's jurisdiction in this action arises under 42 U.S.C. § 405(g) and is confined to reviewing the Commissioner's denial of benefits, the Court is unable to consider either of these documents.

Judge.

IT THEREFORE IS ORDERED that (1) plaintiff's motion for judgment on the pleadings is denied; (2) the Commissioner's cross-motion for judgment on the pleadings is granted; and (3) Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: 9/23/11

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE